UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

KOLE TIMOTHY JOUSTRA,

     Defendant.

_____/

Case No. 2:25-cr-10-2

HON. JANE M. BECKERING

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on March 6, 2026 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 72) is APPROVED AND ADOPTED as the opinion of the Court.  Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charge set forth in Count Two of the Superseding Indictment.

**IT IS FURTHER ORDERED** that the written plea agreement is hereby continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143.  Defendant Kole Timothy Joustra must surrender to the Chippewa County Correctional Facility (325 Court Street, Sault Ste. Marie, MI

49783), no later than 6:00 p.m. on March 26, 2026, and shall be detained pending sentencing.  If

Defendant does not self-surrender by that deadline, the Court will issue a warrant for his arrest.


Dated: March 24, 2026                                   /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge